# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Alfredo Arevalo Ninabanda,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons
David Easterwood and Warden,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1283 PJS/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents are ORDERED to release petitioner from custody within 48 hours of entry of this order. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing him.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/17/2026

KATE M. FOGARTY, CLERK